JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | NO. CR 16-49 RSL |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINES |
| TIMOTHY REHBERG, | |
| Defendant. | |

THE COURT has considered the Defendant's unopposed Motion to Continue the Trial Date and Pretrial Motions Deadline, and based upon the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv), because Defense counsel has indicated that he requires additional time to prepare for trial so that he and the Defendant can review, understand, and investigate discovery

ORDER ON MOTION TO CONTINUE

The Law Offices of David Hammerstad
1111 3rd Avenue, Suite 2220
Seattle, Washington 98101
Tel. 206.445.0215 –Fax 206.682.3746
e-mail: david@hammerstadlaw.com

provided by the government in order to evaluate and develop factual and legal issues, potential defenses, and pre-trial motions; and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of May 2, 2016, and the new trial date of October 17, 2016, is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above.

(f) that the period of delay from the date of this order to the new trial date of October 17, 2016, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to October 17, 2016, and that pretrial motions shall be filed no later than September 9, 2016.

//
//
//
//

**ORDER ON MOTION TO CONTINUE**

**The Law Offices of David Hammerstad**
**1111 3rd Avenue, Suite 2220**
**Seattle, Washington 98101**
**Tel. 206.445.0215 –Fax 206.682.3746**
**e-mail:** david@hammerstadlaw.com

DONE this 4th day of April, 2016.

*signature*
Robert S. Lasnik
United States District Judge

Presented by

/s/ David Hammerstad
David Hammerstad #34255
Attorney at Law
Law Offices of David Hammerstad
1111 3rd Avenue, Suite 2220
Seattle, WA 98101

-3-

ORDER ON MOTION TO CONTINUE

The Law Offices of David Hammerstad
1111 3rd Avenue, Suite 2220
Seattle, Washington 98101
Tel. 206.445.0215 – Fax 206.682.3746
e-mail: david@hammerstadlaw.com