UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY REHBERG,<br><br>Defendant. | Case No. CR16-49RSL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release" (Dkt. # 45). The Court, having reviewed the submissions of the parties, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a), DENIES defendant's motion.

While the Court does not find termination appropriate at this time, it commends defendant's many accomplishments on supervised release. If defendant continues to remain violation-free, the Court encourages him to submit a revised motion for early termination of supervised release in September 2023. IT IS SO ORDERED.

DATED this 15th day of March, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED
RELEASE - 1