UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY ARTHUR REHBERG, <br><br> Defendant. | Case No. CR16-49RSL <br><br> ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Revised Motion for Early Termination of Supervised Release" (Dkt. # 49). The Court, having reviewed the motion, records, and files herein, as well as the relevant factors set forth in 18 U.S.C. § 3553(a), GRANTS defendant's motion.

"[A]fter considering a subset of the sentencing factors set forth in 18 U.S.C. § 3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.'" *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014) (quoting 18 U.S.C. § 3583(e)(1)). "The expansive phrases 'conduct of the defendant' and 'interest of justice' make clear that a district court enjoys discretion to consider a wide range of circumstances when determining whether to grant early termination." *Id.* (quoting 18 U.S.C. § 3583(e)(1)).

Mr. Rehberg initially moved for early termination of supervised release on March 3, 2023. Dkt. # 45. The Court denied this request, but commended Mr. Rehberg for his exemplary performance on supervised release and encouraged him to submit a renewed motion in

ORDER GRANTING DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED
RELEASE - 1

September 2023, assuming he continued to remain violation-free. Dkt. # 48. The Court is pleased to learn that Mr. Rehberg has maintained his strong performance on supervised release and is now satisfied that termination of supervised release is warranted by the conduct of the defendant and the interest of justice. *See* 18 U.S.C. §§ 3583(e)(1), 3553(a).

For all of the foregoing reasons, IT IS HEREBY ORDERED that defendant's motion for early termination of supervised release (Dkt. # 49) is GRANTED.

DATED this 29th day of September, 2023.

Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED
RELEASE - 2